# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 4/15/2026 | Case Number: | 3:24-cr-00100 |
| Case Style: | USA vs. Dustin Stover Bowles | | |
| Type of hearing: | Criminal Jury Trial | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Carol Adams | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Eduardo Palomo, Jennifer Herrald

Attorney(s) for the Defendant(s):

David Bungard, Wesley Page

| | | |
|---|---|---|
| Law Clerk: | Sandy Slack | |
| Probation Officer: | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:01 AM | 10:34 AM | Court actively conducting trial proceedings/Contested proceedings |
| 10:47 AM | 11:55 AM | Court actively conducting trial proceedings/Contested proceedings |
| 12:08 PM | 12:31 PM | Court actively conducting trial proceedings/Contested proceedings |
| 1:11 PM | 2:58 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:10 PM | 4:16 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 5 hours and 57 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Trial scheduled to commence 9:00 a.m.
Trial commenced 9:01 a.m.

Matters out of jury presence.

9:02 a.m. Jury in.
Government's 2nd witness, Laura Rowe, sworn & examined.
Government's 3rd witness, McKenna Gonzalez, sworn & examined.
Government's exhibit #5 identified & admitted.
Government's exhibit #6 identified & admitted.
10:34 a.m. Recess.

10:47 a.m. Jury in.
Continued examination of Ms. Gonzalez.
Defendant's exhibit #1 identified & admitted.
11:55 a.m. Recess.

12:08 p.m. Matters out of jury presence.
12:31 p.m. Recess.

1:11 p.m. Matters out of jury presence.
1:13 p.m. Jury in.
Government's 4th witness, Tom Stonecipher, sworn & examined.
Government's 5th witness, Mickeal Gonzalez, sworn & examined.
Government's 6th witness, Stacy Boguess, sworn & examined.
Government's 7th witness, Lauren Gonzalez, sworn & examined.
2:58 p.m. Recess.

3:10 p.m. Government's 8th witness, Jaden O'Brien, sworn & examined.
Government's exhibit #7 identified & admitted.
Defendant's exhibit #7 identified & admitted.
Court's instruction to the jury.
4:16 p.m. Jury out. Adjourn.